# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMERON S. EVANS, an individual; EUNICE U. EVANS, an individual; CAMERON AND EUNICE EVANS REVOCABLE LIVING TRUST DATED FEBRUARY 26, 2004, a California trust; CAMERON S. EVANS, Trustee for Cameron and Eunice Evans Revocable Living Trust dated February 26, 2004; EUNICE U. EVANS,Trustee for Cameron and Eunice Evans Revocable Living Trust dated February 26, 2004; KINGS DRYWALL, INC., d/b/a KINGS CONSTRUCTION GROUP, a Nevada Corporation; WILLIAMSON ROOFING, INC., a Nevada Corporation; and JL CONSTRUCTION, a Nevada Corporation.<br><br>    Defendants. | 1:10-cv-2003 LJO GSA<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(Document 25) |

   Plaintiff Travelers Casualty and Surety Company of America ("Plaintiff" or "Travelers") filed this action on October 22, 2010, against Cameron S. Evans, an individual; Eunice U. Evans,

1

Case 1:10-cv-02003-LJO-GSA   Document 36   Filed 10/05/11   Page 2 of 2

1  an individual; the Cameron and Eunice Evans revocable trust dated February 24, 2006 ('the
2  trust"); Eunice Evans and Cameron Evans as trustees for the trust; Kings Drywall, Inc. d/b/a
3  Kings Construction Group ("KGC"); Williamson Roofing a Nevada Corporation; and JL Home
4  Development Inc., d/b/a JL Construction, a Nevada Corporation ("the Defendants").  Plaintiff
5  filed a Motion for Default Judgment on August 22, 2011. (Doc. 25).  A hearing was held on
6  September 29, 2011.  The Defendants did not appear.

7      During the hearing, Plaintiff indicated that Defendants had not been served with the
8  Motion.  Moreover, several issues were discussed that needed to addressed prior to the Court
9  issuing a default judgment in this case.  The matter was continued until December 2, 2011 so that
10 several of Court's concerns could be addressed.

11     Accordingly, five days prior to the next hearing, Plaintiff shall file a status report
12 regarding the following :
13     1) What attempts were made to locate Defendants and whether further attempts at serving
14 the motion was successful;
15     2) Whether the Department of Labor adjudicated the outstanding claims.  If so, Plaintiff
16 shall provide updated figures regarding the total amount of money requested in the motion for
17 default judgment. If the claims are still outstanding, Plaintiff shall provide an explanation of the
18 mechanism available to Defendants to recover any monies/collateral collected in default that
19 exceed the amount of claims actually paid;. and
20     3) A statement outlining the total amount of attorneys fees in the case.
21     Finally, prior to the next hearing, Plaintiff shall provide a proposed order for the Court's
22 signature.
23     IT IS SO ORDERED.
24     **Dated:**   **October 4, 2011**                   **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

2