# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMERON S. EVANS, an individual; EUNICE U. EVANS, an individual; CAMERON AND EUNICE EVANS REVOCABLE LIVING TRUST DATED FEBRUARY 26, 2004, a California trust; CAMERON S. EVANS, Trustee for Cameron and Eunice Evans Revocable Living Trust dated February 26, 2004; EUNICE U. EVANS,Trustee for Cameron and Eunice Evans Revocable Living Trust dated February 26, 2004; KINGS DRYWALL, INC., d/b/a KINGS CONSTRUCTION GROUP, a Nevada Corporation; WILLIAMSON ROOFING, INC., a Nevada Corporation; and JL CONSTRUCTION, a Nevada Corporation.<br><br>          Defendants. | 1:10-cv-2003 LJO GSA<br><br>**ORDER REGARDING PLAINTIFF'S STATUS REPORT**<br><br>**ORDER STAYING CASE**<br><br>(Document 46) |

Plaintiff Travelers Casualty and Surety Company of America ("Plaintiff" or "Travelers") filed this action on October 22, 2010, against Cameron S. Evans, an individual; Eunice U. Evans,

1

an individual; the Cameron and Eunice Evans revocable trust dated February 24, 2006 ('the trust"); Eunice Evans and Cameron Evans as trustees for the trust; Kings Drywall, Inc. d/b/a Kings Construction Group ("KGC"); Williamson Roofing a Nevada Corporation; and JL Home Development Inc., d/b/a JL Construction, a Nevada Corporation ("the Defendants").  Plaintiff filed a Motion for Default Judgment on August 22, 2011. (Doc. 25).  A hearing was held on September 29, 2011.  The Defendants did not appear.

During the hearing, Plaintiff indicated that Defendants had not been served with the motion.  Moreover, proceedings were pending before the United States Department of Labor ("USDOL") that may effect the amount of damages requested.  The matter was continued until December 2, 2011 so that these concerns could be addressed.

On November 23, 2011, Plaintiff filed a status report informing the Court that service had not yet been effectuated and that the USDOL claims were still outstanding.  (Doc. 37).  The Court continued the matter until February 10, 2012. (Doc. 38).

On February 3, 2012, Plaintiff filed another status report indicating that all Defendants had been served and that the USDOL claims had been resolved.  However, Plaintiff requests that the case be continued an additional forty-five (45) days so that it may ascertain whether the USDOL claim was ever quantified.  Plaintiff contends that this information is needed to determine the exact damages amount.

Upon a review of the request, good causes exists to continue this matter.  The Court will grant the forty-five day continuance.  However, in light of the period of time that this case has been pending, this case will be stayed until these issues have been resolved.  Plaintiff shall file a status report no later than March 26, 2012 that addresses the issues outlined in this Court's order dated October 4, 2011. (Doc. 36).  Additionally, Plaintiff shall serve this minute order on Defendants as soon as practicable and file proof of service with its next status report.  Finally, Plaintiff is reminded that any request for attorney's fees must be accompanied by an affidavit and/or other evidence outlining the services rendered, the billing rate per hour, and the amount of

time spent on each task so that this Court can ascertain the reasonableness of the request.

Accordingly, IT IS HEREBY ORDERED that :

1) the hearing scheduled for February 10, 2012 at 9:30 am is VACATED;

2) this matter is STAYED pending the resolution of the issues outlined above;

3) Plaintiff shall file a status report no later than **March 26, 2012** in accordance with the above instructions; and

4) Plaintiff shall serve this order on all Defendants and file proof of such service with its next status report.

IT IS SO ORDERED.

Dated:   February 8, 2012                         /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE

3