# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>CAMERON EVANS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 10-2003 LJO GSA<br><br>**NOTICE OF INTENT TO DISMISS ACTION**<br>(Doc. 68.) |

Plaintiff has filed a status report that it will not seek default judgment against defendant Cameron S. Evans. As such and given entry of default judgment against other defendants, this Court intends to dismiss and close this action, unless no later than December 4, 2012, plaintiff files and serves papers to show good cause to take other appropriate action.

IT IS SO ORDERED.

**Dated:   November 27, 2012**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1