# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>CAMERON EVANS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 10-2003 LJO GSA<br><br>**ORDER TO CLOSE ACTION**<br>(Doc. 69.) |

Given the absence of further matters and a response to this Court's notice of intent to close action, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 6, 2012**             /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

1